UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 05-80038-CR-DIMITROULEAS

    Plaintiff,

vs.

ROLAND FRANK TIMMANN,

    Defendant.
_____/

**ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE**

THIS CAUSE having come before the Court upon Defendant's March 25, 2008 Unopposed Motion to Terminate Supervised Release [DE-33], and having been advised in its premises, the Court deferred ruling and has now received a March 27, 2008 Response [DE-35]. The Motion For Termination of Supervised Release [DE-33] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Peter Birch, AFPD
Kerry Baron, AUSA
Michael Parrish, USPO